**Gamil R. HANNA, individually, Plaintiff–Appellant,**

v.

**CITY OF HOLLYWOOD, FLORIDA, Alfred Stabile, individually, Patrick Floyd, individually, Defendants–Appellees.**

No. 11–13589
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 4, 2012.

David M. Goldstein, Ergio I. Fernandez, David M. Goldstein, PA, Miami, FL, for Plaintiff–Appellant.

Tracy Ann Lyons, Office of the City Attorney, Hollywood, FL, Daniel L. Abbott, Daniel A. Seigel, Weiss Serota Helfman Pastoriza Cole & Boniske, PL, Fort Lauderdale, FL, for Defendants–Appellees.

Before TJOFLAT, BARKETT and ANDERSON, Circuit Judges.

PER CURIAM:

Gamil R. Hanna appeals the district court's order of July 5, 2011, denying his motion to vacate the district court's order of February 22, 2011, dismissing his second amended complaint and to reopen the case. The issue for this court to decide is whether the district court abused its discretion in denying Hanna's motion to vacate. We conclude that the district court did not and therefore affirm.

AFFIRMED.